Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 4:22-CR-06043-MKD |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) Distribution of 40 Grams or More of Fentanyl (Counts 1 and 2) |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ GABRIELA CASARES (a/k/a "Gabriela Rosas"), | |
| Defendants. | 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about June 8, 2022, in the Eastern District of Washington, the Defendants, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ GABRIELA CASARES (a/k/a "Gabriela Rosas"), knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

SUPERSEDING INDICTMENT – 1

phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

### COUNT 2

On or about July 8, 2022, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ GABRIELA CASARES (a/k/a "Gabriela Rosas"), knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841(a)(1), as charged in this Indictment, Defendants, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ GABRIELA CASARES (a/k/a "GABRIELA ROSAS"), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

SUPERSEDING INDICTMENT – 2

      (a) cannot be located upon the exercise of due diligence;

      (b) has been transferred or sold to, or deposited with, a third party;

      (c) has been placed beyond the jurisdiction of the court;

      (d) has been substantially diminished in value; or

      (e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

      DATED: this ___ day of October 2022.

                                      A TRUE BILL

                                      _____

                                      Foreperson

_____
Vanessa Waldref
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT – 3